UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No. 07-cr-80-01/02-SM

Michael Monahan
Jeffrey Mealey

O R D E R

Defendants assented-to motions to continue the trial (document nos. 21 and 22) are granted. Trial has been rescheduled for the March 2008 trial period. Defendants shall file a Waiver of Speedy Trial Rights not later than November 2, 2007. On the filing of such waivers, their continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference: February 20, 2008 at 4:30 PM

    Jury Selection:        March 4, 2008 at 9:30 AM

    SO ORDERED.

October 25, 2007

Steven J. McAuliffe
Chief Judge

cc:  Robert Kinsella, Esq.
     Mark Sisti, Esq.
     William Christie, Esq.
     U. S. Probation
     U. S. Marshal