UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No. 07-cr-80-01/02-SM

Michael Monahan
Jeffrey Mealey

O R D E R

Defendant Mealey's assented-to motion to continue the trial (document no. 31) is granted. Trial has been rescheduled for the June 2008 trial period. Defendants shall file a Waiver of Speedy Trial Rights not later than February 15, 2008. On the filing of such waivers, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.   NO FURTHER CONTINUANCES ABSENT EXTRAORDINARY CIRCUMSTANCES.

    Final Pretrial Conference: May 22, 2008 at 11:30 AM

    Jury Selection:        June 3, 2008 at 9:30 AM

    SO ORDERED.

February 8, 2008

                                         Steven J. McAuliffe
                                         Chief Judge

cc:  Robert Kinsella, Esq.
     Mark Sisti, Esq.
     William Christie, Esq.
     U. S. Probation
     U. S. Marshal